# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 9, 2009

138392

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

JAMES HOLLAND, JR.,
          Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138392
COA: 278876
Washtenaw CC: 2006-000620-FH

On order of the Court, the application for leave to appeal the January 13, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2009

_____
Clerk

0701